# CIVIL COVER SHEET

ORIGINAL

## I. (a) PLAINTIFFS
Rebecca Williams

### DEFENDANTS
Dallas Independent School District

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: **DALLAS**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: **DALLAS**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Brenda J. Williams (214) 946-0865
400 S. Zang #1305
Dallas, TX 75208

ATTORNEYS (IF KNOWN)
3-02CV1229H

## II. BASIS OF JURISDICTION
☒ Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. ORIGIN
☒ Original Proceeding

## V. NATURE OF SUIT
☒ 442 Employment (Civil Rights)

## VI. CAUSE OF ACTION
Title VII of Civil Rights Act of 1964, 42 USC S. 2000-e, et seq.
Discrimination based on Race - Black

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: ☒ YES

## VIII. RELATED CASE(S) IF ANY

DATE: 6-13-02
SIGNATURE OF ATTORNEY OF RECORD: Brenda J. Williams



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **REBECCA WILLIAMS** § | | |
| Plaintiff § | | |
| V. § | CIVIL ACTION NO. | |
| § | | |
| **DALLAS INDEPENDENT** § | **3-02CV1229 H** | |
| **SCHOOL DISTRICT** § | | |
| Defendant § | | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, REBECCA WILLIAMS, Plaintiff herein, and complains of DALLAS INDEPENDENT SCHOOL DISTRICT., Defendant in this action, and for her cause of action would respectfully show the following:

### JURISDICTION and VENUE

This action alleges violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000-e, et seq. Jurisdiction is founded on 42 U.S.C. 2000-e, et seq., 28 U.S.C. §§ 1331, 1343 (1)(2)(3)(4). Venue is proper in the Northern District of Texas, Dallas Division, pursuant to 28 U.S.C. § 1391 because the claims arose in this district.

### PARTIES

1) Plaintiff, REBECCA WILLIAMS, is a black female residing in Dallas, Texas.

2) At all times relevant hereto, Plaintiff is employed by Defendant, DALLAS INDEPENDENT SCHOOL DISTRICT. Plaintiff has been subjected to unlawful employment practices committed in the State of Texas by employees and agents of the Defendant.

PLAINTIFF'S ORIGINAL COMPLAINT                                                                 Page 1

3) Defendant DALLAS INDEPENDENT SCHOOL DISTRICT is a political subdivision, governmental entity and employer within the meaning of Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000-e in Dallas County; Defendant may be served with citation by serving the Superintendent, Mike Moses, Ed. D. at 3700 Ross Avenue, Dallas, Texas 75204-5491.

## PROCEDURAL REQUIREMENTS

4) Plaintiff has timely filed charges of race discrimination with the EEOC, alleging violation of Title VII of the Civil Rights Acts of 1964, as amended, 42 U.S.C.A., 2000e et seq. **Plaintiff has complied with all administrative requirements for perfecting her charge.** On or about March 15, 2002, Plaintiff timely submitted a charge of race discrimination. On March 15, 2002, the EEOC issued Plaintiff a Notice of Right to Sue and Plaintiff filed this complaint within 90 days from receipt of such notice. The charge and right to sue letter are attached hereto and incorporated herein by reference, as Exhibit "A" and Exhibit "B," respectively.

## FACTUAL SUMMARY

5) Plaintiff was subjected to racially derogatory slurs, literature with racially derogatory contents and racially derogatory music during her employment with DALLAS INDEPENDENT SCHOOL DISTRICT.

### First Cause of Action
### 42 USC § 2000 (e), et seq.

6) The Plaintiff herein reaffirms and reaffirms each and every assertion set forth in this Complaint and further claims that:

7) Plaintiff was subjected to race discrimination from Defendant in that a white employee of the Defendant made racially derogatory comments to her, exhibited racially derogatory literature, and played racially derogatory music to Plaintiff other Black employees and thereby created a hostile

working environment.

8) Plaintiff was discriminated against by the Defendant, because Defendant took no action against the white employee who made the racially derogatory statements, distributed racially derogatory materials and played racially derogatory music at the workplace.

9) Within 300 days of the acts of which she complains, Plaintiff filed charges of discrimination with the Equal Employment Opportunity Commission (EEOC). Any allegations in this action which pertain to events prior to 300 days before the EEOC Charges pertain to the allegations of continuing violation.

10) This suit is timely filed in accordance therewith.

11) Defendant is the direct cause of Plaintiff's injuries including but not limited to compensatory and punitive damages, attorney's fees, pre-judgment and post-judgment interest and any other such further relief, at law or in equity, as the Court deems necessary and proper.

## COURT COSTS AND ATTORNEY'S FEES

12) The Plaintiff herein reaffirms and alleges each and every assertion set forth in the complaint and further claim that:

13) As a result of Defendants' wrongful conduct, Plaintiff was compelled to retain Brenda J. Williams to represent her in the matter. Pursuant to 42 U.S.C. Section 1988, and the considerations related to punitive damages, Plaintiff seeks her reasonable and necessary attorney's fees and courts costs.

## JURY DEMAND

14) Plaintiff demands a trial by jury in each and every issue of fact raised by the petition.

## PRAYER

15) WHEREFORE, Plaintiff prays for judgment against Defendant for compensatory, punitive and general damages, back pay, front pay, reinstatement and declaratory and injunctive relief, attorneys' fees, costs and interest and such other and further general relief in law or equity to which Plaintiff may be reasonably entitled.

Respectfully submitted,

*Brenda J. Williams*
Brenda J. Williams
State Bar No. 21515300
Bank of America, Oak Cliff Tower
400 South Zang Blvd., Suite 1305
Dallas, Texas 75208
(214) 946-0858
(214) 948-3038 FAX

ATTORNEY FOR PLAINTIFF